# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**MARY WIGGINS**
DEPUTY-IN-CHARGE

THOMPSON

V.                    Case Number:  3:03CV646(AWT)

BAYER

RECEIVED BY MAIL
NOV 24 2003
US DIST COURT
MINNEAPOLIS MN

Notice to Clerk, Superior Court,
for the **US DISTRICT COURT IN MINNESOTA**

Dear Clerk:

Enclosed is the certified copy of the complaint and docket sheet in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, November 19, 2003.

KEVIN F. ROWE, CLERK

By: _____
    FB
    Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on  11-24-03

Assigned case number:  03-CV-5080 MJD

This case was received by:  USandwa